Certificate Number: 03088-NJ-DE-038286798

Bankruptcy Case Number: 24-12482



03088-NJ-DE-038286798

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2024, at 11:33 o'clock AM CDT, Devin T Berry completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: March 17, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor