Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−12482−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Devin T Berry
  1204 Clayton Road
  Williamstown, NJ 08094

Social Security No.:
  xxx−xx−3024

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 13, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-12482-ABA

Devin T Berry                                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                   Page 1 of 3

Date Rcvd: Jun 13, 2024               Form ID: 148               Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Devin T Berry, 1204 Clayton Road, Williamstown, NJ 08094-3552 |
| 520186767 | + | Jenny Berry, 1204 Clayton Road, Williamstown, NJ 08094-3552 |
| 520231681 | + | Premier Orthopaedic Associates, c/o Sklar Law LLC, 20 Brace Road Suite 205, Cherry Hill NJ 08034-2634 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2024 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2024 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520185470 | + | EDI: GMACFS.COM | Jun 14 2024 00:43:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520228823 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 21:12:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520185471 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 21:23:41 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520185472 | + | EDI: CITICORP | Jun 14 2024 00:43:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 520185474 | + | EDI: CITICORP | Jun 14 2024 00:43:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520254422 | | EDI: CITICORP | Jun 14 2024 00:43:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520185475 | + | EDI: WFNNB.COM | Jun 14 2024 00:44:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520197715 | + | EDI: DISCOVER | Jun 14 2024 00:43:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 520185476 | + | EDI: DISCOVER | Jun 14 2024 00:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520185473 | | EDI: JPMORGANCHASE | Jun 14 2024 00:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520217563 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 13 2024 21:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520254607 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 21:11:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 24-12482-ABA    Doc 16    Filed 06/15/24    Entered 06/16/24 00:18:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: 148 | Total Noticed: 28 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520251339 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2024 21:08:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520185477 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2024 21:08:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 520185478 | + | EDI: NAVIENTFKASMSERV.COM | Jun 14 2024 00:44:00 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 520255379 | | EDI: Q3G.COM | Jun 14 2024 00:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520185479 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 13 2024 21:08:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 520185480 | + | EDI: SYNC | Jun 14 2024 00:43:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520185481 | + | EDI: SYNC | Jun 14 2024 00:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520185482 | + | EDI: SYNC | Jun 14 2024 00:43:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520185483 | ^ | MEBN | Jun 13 2024 20:58:18 | Tsc/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520185484 | + | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520227400 | | EDI: WFFC2 | Jun 14 2024 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024                                Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | |

          on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ENOTE VESTING-- NATIONSTAR MORTGAGE LLC
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanie D. Wiesner

          on behalf of Debtor Devin T Berry jeanie@sadeklaw.com  brad@sadeklaw.com;service@sadeklaw.com

Laura M. Egerman

          on behalf of Creditor LAKEVIEW LOAN SERVICING LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5